# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MELVYN FOSTER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SHERIFF LEROY BACA, et al.,<br><br>　　　　Defendants. | Case No. CV 14-4701 CAS (AJW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report") and the objections to the Report. Good cause appearing, the Court accepts the findings and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

**IT IS SO ORDERED**.

DATED: September 15, 2017

_____
Christina A. Snyder
United States District Judge