# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| **MELVYN FOSTER,** | )<br>) |
| Plaintiff, | ) Case No. CV 14-4701 CAS (AJW)<br>) |
| v. | )<br>) |
| **SHERIFF LEROY BACA, et al.,** | ) **JUDGMENT**<br>) |
| Defendants. | )<br>) |

It is hereby adjudged that this case is dismissed without prejudice.

Dated: September 15, 2017

*Christina A. Snyder*
_____
Christina A. Snyder
United States District Judge